**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,                Case No.    07-CR-20608-DT

vs.

RICHARD LABELLE,

       Defendant.
_____/

## **ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME**

The Defendant has filed a "Motion Requesting Stay of Proceedings and Request for Second Extension of Time, for Cause" on January 25, 2012. Upon review of the motion and brief, the court will grant the motion in part. Therefore,

IT IS HEREBY ORDERED that the defendant's motion is GRANTED IN PART. The Defendant's reply shall be filed no later than **March 2, 2012,** not to exceed 30 pages without leave of the court.

                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: January 27, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 27, 2012, by electronic and/or ordinary mail.

                                               S/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522